```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Colonel Gary Lambert</u>

    v.                        Case No. 09-cv-354-PB

<u>US Department of Navy, Secretary</u>

<u>ORDER</u>

Re: Document No. 46, Notice of Objection to the Court's Proposal to reset Motion Hearing

Ruling: I will not continue the hearing over Colonel Lambert's objection. I note, however, that the objection appears to be based on the mistaken assumption that I have the power to grant the motion to transfer that he refers to in his objection. In fact, that motion is not pending in this court and I have no power to grant it. I do not intend to hear oral argument twice on the same issue. If any other cases are transferred to me after oral argument on Colonel Lambert's motion that raise the same issues that are presented by his motion. I will decide those cases on the papers without oral argument.

                                          <u>/s/ Paul Barbadoro</u>
                                          Paul Barbadoro
                                          U.S. District Judge

Date:  April 22, 2011

cc:  Gary Lambert, Esq.
     T. Davd Plourde, Esq.